**ALCATEC, LLC, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2012–5010.

United States Court of Appeals,
Federal Circuit.

July 11, 2012.

Phil B. Abernethy, Butler, Snow, O'Mara, Stevens & Cannada, PLLC, of Ridgeland, Mississippi, argued for plaintiff-appellant. With him on the brief was Leann W. Nealey.

John S. Groat, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With him on the brief were Stuart Delery,

Acting Assistant Attorney General, Jeanne E. Davidson, Director, and Reginald T. Blades, Jr., Assistant Director.

BRYSON, O'MALLEY, and WALLACH, Circuit Judges.

## JUDGEMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**